UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUE XIONG, | 1:05-cv-01230 LJO-TAG (HC) |
| Petitioner, | |
| vs. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| MARK SHEPHERD, | |
| Respondent. | (Doc. 10) |

Petitioner has requested the appointment of counsel. (Doc. 10). Petitioner states that he is unable to understand the legal arguments raised by Respondent in his Answer.

There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time simply because Petitioner has no legal training and has difficulty understanding the legal arguments raised in his case. Petitioner's lack of legal training is an unfortunate fact he shares with most Petitioners that have come before this Court. Standing alone, it is not a sufficient basis on which to appoint counsel.

///

///

1

1     Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of
2 counsel (Doc. 10), is DENIED.

4 IT IS SO ORDERED.

5 Dated:  **October 24, 2007**                                    **/s/ Theresa A. Goldner**
                                                                   UNITED STATES MAGISTRATE JUDGE